FILED'08 MAY 13 09:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL COLT KIMES, )
) Civil No. 08-146-PK
          Petitioner, )
) **ORDER**
      v. )
)
J.E. THOMAS, )
)
          Respondent. )

Based on the record,

IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss [16-1] is GRANTED and that this action is DISMISSED without prejudice.

Dated this 13 day of May, 2008.

by _____
Michael W. Mosman
United States District Judge